**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter **11**

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **I V Support Systems, Inc.** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | **DBA Siella Medical** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-3061721** |
| 4. | **Debtor's address** | **Principal place of business**  **16 Goodyear St., Suite 105**  **Irvine, CA 92618**  Number, Street, City, State & ZIP Code    **Orange**  County |
| | | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code    **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor  **I V Support Systems, Inc.**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor  **I V Support Systems, Inc.** _____  Case number (*if known*)_____
     Name

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No <br> ☐ Yes. |
|---|---|---|

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|---|

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
|---|---|---|

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:* |
|---|---|---|

    ■ Funds will be available for distribution to unsecured creditors.

    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | **Estimated number of creditors** | ■ 1-49 <br> ☐ 50-99 <br> ☐ 100-199 <br> ☐ 200-999 | ☐ 1,000-5,000 <br> ☐ 5001-10,000 <br> ☐ 10,001-25,000 | ☐ 25,001-50,000 <br> ☐ 50,001-100,000 <br> ☐ More than 100,000 |
|---|---|---|---|---|

| 15. | **Estimated Assets** | ☐ $0 - $50,000 <br> ☐ $50,001 - $100,000 <br> ■ $100,001 - $500,000 <br> ☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million <br> ☐ $10,000,001 - $50 million <br> ☐ $50,000,001 - $100 million <br> ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion <br> ☐ $1,000,000,001 - $10 billion <br> ☐ $10,000,000,001 - $50 billion <br> ☐ More than $50 billion |
|---|---|---|---|---|

| 16. | **Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|

| Debtor | **I V Support Systems, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **I V Support Systems, Inc.** _____  Case number (if known) _____
          Name

### Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 29, 2025**
             MM / DD / YYYY

X _____[signature]_____    **George Davis**
Signature of authorized representative of debtor    Printed name

Title  **CEO**

---

**18. Signature of attorney**

X  **/s/ Aaron E. de Leest**     Date **July 29, 2025**
Signature of attorney for debtor          MM / DD / YYYY

**Aaron E. de Leest**
Printed name

**MARSHACK HAYS WOOD LLP**
Firm name

**870 Roosevelt**
**Irvine, CA 92620-3663**
Number, Street, City, State & ZIP Code

Contact phone **(949) 333-7777**    Email address **adeleest@marshackhays.com**

**216832 CA**
Bar number and State

Fill in this information to identify the case:

Debtor name: **I V Support Systems, Inc.**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Franchise Tax Board** Bankruptcy Section, MS:A-340 P.O. Box 2952 Sacramento, CA 95812-2952 | | **Taxes** | | | | $22,860.00 |
| **Internal Revenue Service** P.O. Box 7346 Philadelphia, PA 19101-7346 | | **Taxes** | | | | $79,650.00 |
| **Karina Naime Romero Law APC** 251 S. Lake Ave., Ste 930 Pasadena, CA 91101-4873 | | **Pending Lawsuit** | | | | $345,000.00 |
| **SakoMed BioMedical Services** 27751 La Paz Rd., Ste A Laguna Niguel, CA 92677 | | **Trade Creditor** | | | | $16,906.00 |
| **U.S. Small Business Administration** Office of General Counsel 312 N. Spring St., 5th Fl. Los Angeles, CA 90012 | | **Loan** | | $326,000.00 | $0.00 | $326,000.00 |
| **WebBank** P.O. Box 757 Portsmouth, NH 03802 | | **Loan** | | | | $50,000.00 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

.

```
I V Support Systems, Inc.
16 Goodyear St., Suite 105
Irvine, CA 92618


Aaron E. de Leest
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, CA 92620-3663


Office of the United States Trustee
411 W. Fourth Street
Suite 7160
Santa Ana, CA 92701
```

Alexandra Michinock
29196 Dean Street
Laguna Niguel, CA 92677

Bram Wedgbury
234 W Marquita Unit C
San Clemente, CA 92672

Carly Ross
10 Francheshi Place
Aliso Viejo, CA 92656

CESC - Covid EIDL Service Center
14925 Kingsport Rd
Fort Worth, TX 76155

Cox
P.O. Box 53280
Phoenix, AZ 85072

Cox Orange LLC
122 Pacer
Irvine, CA 92618

Don Wilson Builders
23705 Crenshaw Blvd.
Ste. 200
Torrance, CA 90505

Don Wilson Builders
P.O. Box 3188
Torrance, CA 90510

Don Wilson Builders
23705 Crenshaw Blvd.
Ste 200
Torrance, CA 90505


Edison
14155 Bake Pkwy
Irvine, CA 92618


Emilo Castaneda
1500 Cherry Street 2304
Placentia, CA 92870


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Erik Gonzalez
214 W. Escalones, Unit B
San Clemente, CA 92672


Franchise Tax Board
Bankruptcy Section, MS:A-340
P.O. Box 2952
Sacramento, CA 95812-2952


George Davis
27376 Meridian Way
Laguna Niguel, CA 92677

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Irvine Ranch Water District
15600 Sand Canyon Ave.
Irvine, CA 92618


Joe Hernandez
15 W Cherry St
Placentia, CA 92870


John Wells
1496 Temple Avenue
Long Beach, CA 90804


Karina Naime
Romero Law APC
251 S. Lake Ave., Ste 930
Pasadena, CA 91101-4873


Lomita Boulevard #1, LLC
23705 Crenshaw Blvd., #200
Torrance, CA 90510


Megan Fitzgerald
1904 S Starfire
Corona, CA 92879


Orange County Tax Collector
P.O. Box 1438
Santa Ana, CA 92702-1438

Oscar Rendon Garcia
25652 Rimgate Dr, Unit 7B
Lake Forest, CA 92630


Reagan Hill
27501 Grassland Dr
Laguna Niguel, CA 92677


Rose Amezua Mall & Assoc.
1122 E. Lincoln Ave.
Suite 203
Westminster, CA 92685


SakoMed BioMedical Services
27751 La Paz Rd., Ste A
Laguna Niguel, CA 92677


SBA
P.O. Box 3918
Portland, OR 97208-3918


State Board of Equalization
Special Operations BK Team, MIC:74
P.O. Box 942879
Sacramento, CA 94279


Tyler Thompson
333 1st Street B207
Seal Beach, CA 90740


U.S. Small Business Administration
Office of General Counsel
312 N. Spring St., 5th Fl.
Los Angeles, CA 90012

```
United States Attorney's Office
Federal Bldg., Room 7516
300 N. Los Angeles St.
Los Angeles, CA 90012


Verizon
P.O. Box 660108
Dallas, TX 75266


WebBank
P.O. Box 757
Portsmouth, NH 03802
```

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Aaron E. de Leest**<br>**870 Roosevelt**<br>**Irvine, CA 92620-3663**<br>**(949) 333-7777 Fax: (949) 333-7778**<br>California State Bar Number: **216832 CA**<br>**adeleest@marshackhays.com** | FOR COURT USE ONLY |
|---|---|

☑ *Attorney for:*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>**I V Support Systems, Inc.**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, **George Davis, CEO**                                   , the undersigned in the above-captioned case, hereby declare
    *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                       F 1007-4.CORP.OWNERSHIP.STMT

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:
   - ☑ I am the president or other officer or an authorized agent of the Debtor corporation
   - ☐ I am a party to an adversary proceeding
   - ☐ I am a party to a contested matter
   - ☐ I am the attorney for the Debtor corporation

2. a. ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
      *[For additional names, attach an addendum to this form.]*
   b. ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest

**July 29, 2025**
Date

By: _____
Signature of Debtor, or attorney for Debtor

Name: **George Davis, CEO**
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                    F 1007-4.CORP.OWNERSHIP.STMT

**United States Bankruptcy Court**
**Central District of California**

In re  **I V Support Systems, Inc.**                                Case No. _____
                          Debtor(s)                                 Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **George Davis**, declare under penalty of perjury that I am the **CEO** of **I V Support Systems, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of July, 2025.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **George Davis**, **CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **George Davis**, **CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **George Davis**, **CEO** of this Corporation is authorized and directed to employ **Aaron E. de Leest**, attorney and the law firm of **MARSHACK HAYS WOOD LLP** to represent the corporation in such bankruptcy case."

Date  **July 29, 2025** _____      Signed _____
                                                           George Davis

# RESOLUTION OF THE BOARD OF DIRECTORS

I, GEORGE DAVIS, declare under penalty of perjury that I am the Chief Executive Officer ("CEO") of I V SUPPORT SYSTEMS, INC. dba Siella Medial ("Siella Medical" or "Corporation"), and that the following is true and correct copy of the resolution adopted by written consent on July 30, 2025:

**IT IS RESOLVED** that Siella Medical's CEO George Davis ("CEO") be, and hereby is, authorized to determine, based upon the Corporation's financial circumstances as of the date hereof, any previous and subsequent events, and the advice of counsel, whether it is desirable and in the best interests of Siella Medical, its creditors, and other interested parties, that a voluntary petition ("Petition") be filed by Siella Medical under the provisions of Chapter 11 of Title 11 of the United States Code.

**IT IS FURTHER RESOLVED** that, if the CEO determines that a Petition should be filed, then such Petition shall be filed as submitted by the CEO and the same hereby is approved and adopted in all respects, and the CEO is hereby authorized and directed, on behalf of and in the name of CEO, to execute and verify such Petition and to cause the same to be filed with the United States Bankruptcy Court for Central District of California.

**IT IS FURTHER RESOLVED** that CEO be, and hereby is, authorized to execute and file all petitions, schedules, and lists as CEO deems necessary and proper in connection with such bankruptcy proceedings under said chapter 11 voluntary bankruptcy and retain and employ assistance by legal counsel with a view to the successful conclusion of such bankruptcy proceedings.

**IT IS FURTHER RESOLVED** that Marshack Hays Wood LLP ("MHW") be, and hereby is, retained as attorneys for Siella Medical. Marshack Hays Wood LLP may take such actions as are directed by the CEO and/or Erik Gonzalez, Vice President of Operations ("VP"), including but not limited to, the filing of a bankruptcy petition under Title 11 of the United States Code and the prosecution and any case arising therefrom. The CEO and/or VP are hereby authorized and directed to execute an application for the Corporation to employ MHW as bankruptcy counsel to the Corporation in connection with the Corporation's Chapter 11 bankruptcy case and MHW is authorized to take direction from VP in connection with its representation of Corporation during the pendency of a Chapter 11 of Title 11 of the United States Code proceeding, including, but not limited to any action pre-Petition, during the pendency of the Petition, and post-confirmation of a Chapter 11 Plan of Reorganization.

Dated: July 30, 2025

By: _____
George Davis

Its: _____
CEO

4924-6162-9529, v. 1